UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ROBERT V. RODGERS, ) | |
| ) | |
| Debtor, ) | |
| _____ ) | **JUDGMENT** |
| ) | No. 5:13-CV-764-FL |
| ROBERT V. RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PREFERRED CAROLINAS REALTY, ) | |
| INC.; JAMES E. ALLEN, JR.; JIM ) | |
| ALLEN GROUP, INC.; and HARRY ) | |
| JAMES THORPE, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 8, 2016, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted.

**This Judgment Filed and Entered on March 9, 2016, and Copies To:**

Ralph Hates Hofler, III  (via CM/ECF Notice of Electronic Filing)
Bryan T. Simpson (via CM/ECF Notice of Electronic Filing)
Natalia K. Isenberg (via CM/ECF Notice of Electronic Filing)
William P. Janvier via CM/ECF Notice of Electronic Filing)

March 9, 2016                         JULIE RICHARDS JOHNSTON, CLERK
                                       /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk